OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
DEC 18 2014

WR-82,583-01

**12/15/2014**
**MORRIS, CODY QUINN**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Tr. Ct. No. 39151A

Abel Acosta, Clerk

CODY QUINN MORRIS
TDC # 1849679

HUNTSVILLE, TX

UTF

UTF Discharged